# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 28, 2003

**Before**

**Hon.** DANIEL A. MANION, *Circuit Judge*

**Hon.** MICHAEL S. KANNE, *Circuit Judge*

**Hon.** DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| JAMES E. WARD,<br>    *Petitioner-Appellee*,<br><br>**No.** 02-3104<br><br>      **v.**<br><br>JERRY L. STERNES,<br>    *Respondent-Appellant*. | Appeal from the United<br>States District Court for the<br>Central District of Illinois.<br><br>No. 00-C-2145<br><br>Michael P. McCuskey,<br>*Judge*. |

**O R D E R**

The slip opinion issued in the above-entitled cause on July 8, 2003, is amended as follows:

On page 3, second paragraph, line 9, remove "the";
On page 14, second paragraph, bottom line, "wavier" should be "waiver";
On page 18, first full paragraph, third line, "wavier" should be "waiver".